Phyllis A. HUMPHREY,
Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans, Affairs, Respondent–Appellee.

No. 2010–7061.

United States Court of Appeals, Federal Circuit.

March 17, 2011.

Phyllis A. Humphrey, Palmyra, IN, pro se.

## ON MOTION

## ORDER

Phyllis A. Humphrey moves for reconsideration of the court's November 30, 2010 order dismissing her appeal for failure to respond to the court's show cause order dated March 24, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.